July 7, 2011

Hon. James Orenstein, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   287 Franklin Avenue Residents' Association, et al v. Meisels, et al
      Docket No. 11-CV-00976 (KAM) (JO)

Dear Judge Orenstein:

All the plaintiffs together respectfully submit this status report pursuant to Your Honor's Order dated June 23, 2011, Docket Item # 37.

Defendant Garcia, Mr. Stern, and Mr. Illish have written to us to express their consent with the contents of this status report, except that Mr. Illish makes two objections noted in sections 4 and 5 below.

### 1. Attempts by Unrepresented Corporate Parties to Secure Counsel

Plaintiff 287 Franklin Avenue Residents' Association reached an agreement earlier today with an attorney for representation in this case. Plaintiffs expect that the attorney will file a Notice of Appearance within a few days as soon as all the represented plaintiffs have an opportunity to sign the legal services agreement.

Regarding the attempts of Defendant Kings County Realty Corp. to secure counsel, Mr. Garcia wrote to us and stated: "So far we cannot afford an attorney."

### 2. Consent to Vacate the Defaults as to Defendants Nathan Smith, Josh Bosch, and People Choice Real Estate, LLC on Condition of Service and Filing of Answer by July 18

Plaintiffs consent to set aside the entry of Mr. Illish's clients' default on the condition that they serve and file an answer to the First Amended Complaint by July 18. Mr. Illish consents to serve and file an answer to the First Amended Complaint by July 18.



RECEIVED
JUL - 7 2011
PRO SE OFFICE

### 3. Filing by Consent of Plaintiffs' First Amended Complaint Containing a New Claim Under N.Y.G.B.L. § 350

By consent with Mr. Garcia, Mr. Stern, and Mr. Illish, plaintiffs are filing today with the Pro Se Clerk their First Amended Complaint, including a new claim under N.Y.G.B.L. § 350 against Mr. Stern's and Mr. Illish's clients and also including newly discovered information regarding Defendant Garcia's involvement with alleged fraudulent land trust schemes.

### 4. Consent by All Parties Except Mr. Illish to Refer to Magistrate Judge James Orenstein for Decision Defendant Garcia's Anticipated Motion to Dismiss

Plaintiffs, Defendant Garcia, and Mr. Stern consent to refer to Magistrate Judge James Orenstein for decision Defendant Garcia's anticipated motion to dismiss. Mr. Illish wrote to us and stated, "We have not been given instructions from our clients with regards to the Garcia motion."

### 5. Request by Plaintiffs, Defendant Garcia, and Mr. Stern for Extension of Time for Mandatory Disclosure to July 21

While the Minute Order (Docket Item No. 37) does not make an explicit ruling about a deadline for the mandatory disclosure, the parties recall Your Honor at the June 23 status conference instructing parties to complete the mandatory disclosure by the time of this status report. Due to the volume of documents involved, and to permit the disclosure to address plaintiffs' First Amended Complaint, plaintiffs, Defendant Garcia, and Mr. Stern by consent respectfully request an extension to July 21 to make their mandatory disclosures. Mr. Illish appears to consent to requesting an extension, but has stated, "We can not consent to the July 21st deadline as it is surely not enough time."

### 6. Additional Details

Due to his location in Missouri, plaintiff Kurt Fletcher has printed both the First Amended Complaint and this status report, signed them, and scanned his signature. All signatures of the other plaintiffs are in pen and ink.

We look forward to the August 11 status conference. Thank you for your consideration.

Very truly yours,

_____
Jon Sasmor

_____
Lisa Lin

_____
Willie Osterweil

_____
Kurt Fletcher

_____
Vilija Skubutyte

_____
287 Franklin Av. Residents' Association,
by Jon Sasmor, President

CERTIFICATE OF SERVICE

Jon Sasmor hereby declares as follows:

On July 7, 2011, I served a true and complete copy of the preceding status report dated July 7, 2011 by First Class Mail, postage prepaid, to each of the following:

Louis Garcia
Kings County Realty Corp.
1755 Broadway
Brooklyn, NY 11207

David Lyle Stern, Esq.
STERN & STERN
50 Court St., Suite 1100
Brooklyn, NY 11201

Boris Kogan
Boris Kogan & Assocs.
277 Broadway, Suite 701
New York, NY 10007

Boris Kogan
B. Kogan PLLC
236 Broadway, Suite 208
Brooklyn, NY 11211

I declare under penalty of perjury that the foregoing information is true.

Dated: July 7, 2011
Brooklyn, New York

Jon Sasmor