| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 12/12/2012<br>3:00 p.m. |

*287 Franklin Avenue Residents' Association, et al. v. Chaim Meisels, et al.*
11-CV-0976 (KAM) (JO)

TYPE OF CONFERENCE: Status

APPEARANCES:
Plaintiffs          Jon Sasmor (*pro se*), Gideon O. Oliver
Defendants     Ronald Henry (*pro se*), Carmine J. Castellano, David L. Stern, Marc Illish

SCHEDULING: The next pretrial conference will be held on March 13, 2013, at 2:00 p.m.

THE FOLLOWING RULINGS WERE MADE:

1. The plaintiffs will promptly provide a copy of the amended complaint to Mr. Henry, who appeared today for the first time. Mr. Henry shall file his answer by January 2, 2013.

2. As set forth on the record, I granted in part and denied in part the defendants' motions for protective orders. Specifically, I permitted the plaintiffs to have an independent notary public conduct each deposition and to use Mr. Sasmor's computer to record it, provided that the plaintiffs must produce to the defendants a flash drive with a duplicate of the recording as soon as the deposition ends. Should this system fail to produce a recording that can meaningfully be reviewed by the deponent or transcribed, *see* Fed. R. Civ. P. 30(e)(1), (f)(2), I will reconsider this ruling and require the plaintiff to pay the costs of redoing any deposition that has not adequately been recorded. With respect to interpreters, for reasons set forth on the record, I ordered the plaintiffs to provide a Yiddish interpreter for the depositions of Messrs. Teitelbaum, Schneebalg, and Cohn, but not for that of Mr. Kaufman.

3. I will enter an amended case management and scheduling order that contemplates the completion of all discovery by February 28, 2013.

4. As discussed on the record, I will order the New York City Department of Information Technology and Telecommunication to provide for *in camera* review the outstanding portion of its response to the plaintiffs' subpoena.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge