UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
287 FRANKLIN AVENUE RESIDENTS'            JUDGMENT
ASSOCIATION; JON SASMOR;                         11-CV-0976 (KAM)
LISA LIN; WILLIAM OSTERWEIL;
KURT FLETCHER; and VILIJA SKUBUTYTE,

                            Plaintiffs,

      -against-

CHAIM MEISELS, a/k/a CLIAMAH MIZELLE;
CHAIM GOLDBERGER a/k/a HENRY GOLDBERG;
ISAAC TEITELBAUM a/k/a ISAAC TITALBAUM;
ABRAHAM SCHNEEBALG;
NATHAN SMITH; JOSH BOSCH;
RONALD HENRY LAND TRUST;
HENRY MANAGEMENT, LLC;
PEOPLE CHOICE REAL ESTATE, LLC
a/k/a PEOPLES CHOICE REAL ESTATE, L.L.C.
a/k/a PEOPLE'S CHOICE REALTY, INC.;
PETER HENRY a/k/a GURU;
LOUIS GARCIA; JOEL KAUFMAN;
KINGS COUNTY REALTY CORP.;
BRIAN DUDJAK; SAMUEL EMMANUS;
JOHN AND JANE DOES #2 THROUGH #10;
JOHN DOE CORPORATIONS
#1 THROUGH #10; and OTHER JOHN DOE
ENTITIES #1 THROUGH #10,

                            Defendants.
----------------------------------------------------------------------X

         A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on September 30, 2016, denying Jon Sasmor's motion for reconsideration; and in light of the Court's grant of Defendants' motions for summary judgment on the sole federal RICO claim and that the Court's decision to decline the exercise of supplemental jurisdiction on Plaintiffs' state law claims; and further, directing the Clerk of Court

to enter judgment in favor of Defendants on the federal claim and to close the case; it is

ORDERED and ADJUDGED that John Sasmor's motion for reconsideration is denied; that in light of the Court's grant of Defendants' motions for summary judgment on the sole federal RICO claim and that the Court's decision to decline the exercise of supplemental jurisdiction on Plaintiffs' state law claims; that judgment is hereby entered in favor of Defendants on the sole federal RICO claim; and that the case is closed.

Dated: Brooklyn, New York
      September 30, 2016

Douglas C. Palmer
Clerk of Court

by: *Brenna B. Mahoney*
Brenna B. Mahoney
Chief Deputy for
Court Operations